In the Matter of MORRIS H. SIEGEL, Respondent, against HAROLD J. CRAWFORD, a Justice of the Municipal Court of the City of New York, Respondent.

MAE HARDING, Intervener, Appellant.

Submitted November 15, 1943; decided November 24, 1943.

*Lawrence S. Timen* for motion.
*E. F. W. Wildermuth* opposed.

Motion denied, without costs and without prejudice to a new application to dismiss the appeal upon proof that the service of the notice of appeal was not made within sixty days after service of *entry* of the order appealed from, or within the period permitted by section 592, subdivision 5-a of the Civil Practice Act.